**Kimberly Ann SHREVE,**
**Plaintiff–Appellant,**

v.

**Kristen Lynn FETTER; Tina Tant**
**Hoagland; C. Colon Willoughby,**
**Jr., Defendants–Appellees.**

No. 11–1549.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 28, 2011.

Decided: Aug. 1, 2011.

Kimberly Ann Shreve, Appellant Pro Se.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kimberly Ann Shreve appeals the district court's order adopting the magistrate judge's recommendation and dismissing her civil action. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Shreve's informal brief does not challenge the basis for the district court's disposition, Shreve has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*